**Dominique YOUAKIM, Plaintiff–Appellant,**

v.

**BUSEY BANK, Defendant–Appellee.**

No. 03–4130.

United States Court of Appeals, Seventh Circuit.

Submitted June 3, 2004.[*]

Decided June 9, 2004.

Dominique Youakim, Urbana, IL, pro se.

Betsy Pendleton Wong, Champaign, IL, for Defendant–Appellee.

Before COFFEY, KANNE, and ROVNER, Circuit Judges.

### ORDER

Dominique Youakim filed a notice of appeal challenging the district court's grant of summary judgment against him on his employment discrimination claim. His appellate brief, however, focused not on the grant of summary judgment, but rather on the court's pretrial discovery rulings.

Federal Rule of Civil Procedure 3(c)(1)(B) requires that a notice of appeal "designate the judgment, order, or part thereof being appealed." The notice of appeal designated only the grant of summary judgment as being appealed, but we are unable to discern any argument in Youakim's briefs that takes issue with the district court's judgment. Although we liberally construe filings by *pro se* litigants, we must still be able to ascertain the arguments a litigant raises. *Anderson v. Hardman,* 241 F.3d 544, 545 (7th Cir. 2001). Further, Youakim neglected to provide citations to the record or to relevant authority to support his general assertions of error. *See* Fed. R.App. P. 28(a)(9); *Anderson* 241 F.3d at 545–46. For all these reasons we dismiss his appeal.

DISMISSED.

---

[*] After an examination of the briefs and the record, we have concluded that oral argument is unnecessary. Thus, the appeal is submitted on the briefs and the record. *See* Fed. R.App. P. 34(a)(2).